# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANCH BANKING AND TRUST CO.,

               Plaintiff(s),

vs.

COOLIDGE 234, LLC, et al.,

               Defendant(s).

Case No. 2:12-cv-01707-MMD-NJK

ORDER DENYING STIPULATION TO STAY DISCOVERY (Docket No. 21)

      Pending before the Court is the parties' stipulation to stay discovery pending ruling on the motion to dismiss, Docket No. 21, which is **DENIED** without prejudice. The parties provide no support for their request other than the fact that a motion to dismiss is pending. The pendency of a motion to dismiss alone does not in itself stay discovery. *See, e.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600 (D. Nev. 2011) ("The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending."). Instead, parties seeking to stay discovery must make a showing that such a stay is proper under the standards announced in *Tradebay*, 278 F.R.D. at 601-03. As no such showing has been made here, the stipulation to stay discovery is **DENIED** without prejudice.

      IT IS SO ORDERED.

      DATED:  March 12, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2