UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRANCH BANKING & TRUST CO., | ) | |
| Plaintiff(s), | ) ) | Case No. 2:12-cv-01707-MMD-NJK |
| vs. | ) ) | ORDER |
| COOLIDGE 234, LLC, et al., | ) ) | |
| Defendant(s). | ) ) | |

On July 12, 2013, it appears that Defendant Juli Koentopp attempted to file a notice of bankruptcy. Docket No. 31. As the Court indicated that same day, instead only a proof of service of a notice of bankruptcy was filed. Docket No. 31. To date, no corrected image has been filed.

Defendants' counsel is hereby **ORDERED** to file, no later than August 20, 2013, a corrected document regarding the notice of bankruptcy.

IT IS SO ORDERED.

DATED: August 15, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge