**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANCH BANKING & TRUST CO., ) | Case No. 2:12-cv-01707-MMD-NJK |
| Plaintiff(s), ) | |
| ) | ORDER SETTING HEARING ON |
| vs. ) | MOTION TO WITHDRAW |
| ) | |
| COOLIDGE 234, LLC, et al., ) | (Docket No. 34) |
| Defendant(s). ) | |
| _____ ) | |

Pending before the Court is a motion to withdraw as attorney.  Docket No. 34.  The Court previously vacated the hearing due to the unavailability of Defendant Juli Koentopp.  Docket No. 40.  The Court has now received additional dates on which all parties are available.  Docket No. 41. The Court hereby **SETS** a hearing on the motion for September 19, 2013, at 11:00 a.m. in Courtroom 3D.  Defendants' attorneys, as well as Juli Koentopp, Bradley Shultis and a corporate representative of Coolidge 234, LLC, are hereby ordered to attend the hearing.  Any new counsel retained to represent Defendants in this matter is also ordered to attend.  THERE WILL BE NO EXCEPTIONS TO THESE APPEARANCE REQUIREMENTS.  No later than September 6, 2013, Defendants' current counsel of record shall notify Defendants of this order that they appear and shall file a proof of service.  With respect to Defendant Coolidge 234, LLC, the Court wishes to highlight that corporations may appear in federal court only through licensed counsel.  *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

IT IS SO ORDERED.

DATED:  September 3, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge